# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY L. MORRIS, | : | No.: 3:16-CV-1878 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | **ORDER** | |

And now, this 15th day of September 2017, having conducted a *de novo* review, and the Defendant having waived the opportunity to file opposition in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Karoline Mehalchick's August 21, 2017 Report and Recommendation, ECF No. 20, is ADOPTED in full.

2. The decision of the Commissioner of Social Security is VACATED and REMANDED.

3. Judgment is entered in favor of Plaintiff and against Defendant.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge